DEBRA WONG YANG
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
CEDINA M. KIM [No. 147248]
Assistant United States Attorney
    Room 7516 Federal Building
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213)894-2446
    Facsimile: (213)894-7819
    Email: Cedina.Kim@usdoj.gov

Attorneys for Defendant
JO ANNE B. BARNHART, Commissioner of Social Security

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| NASRIN SHARIFEE, | No. CV 05-03359 JTL |
|     Plaintiff, | ORDER OF REMAND [~~Proposed~~] |
| v. | Court: Hon. Jennifer T. Lum |
| JO ANNE B. BARNHART, Commissioner of Social Security, |     U.S. Magistrate Judge |
|     Defendant. | |

Pursuant to the concurrently filed Stipulation, the parties' request for an order of remand is granted.

IS SO ORDERED.

DATED:_____, 2005

_____
HONORABLE JENNIFER T. LUM
UNITED STATES MAGISTRATE JUDGE